[No. 63392-9-I.   Division One.   April 12, 2010.]

VANCE VOLLSTEDT, *as Personal Representative*, ET AL., *Appellants*, v. DEYONNE TEGMAN, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-18777-4, Christopher A. Washington, J., entered April 15, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Schindler, JJ.

[No. 63526-3-I.   Division One.   April 12, 2010.]

PACIFIC TOPSOILS, INC., *Respondent*, v. SNOHOMISH HEALTH DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-06223-6, Eric Z. Lucas, J., entered February 26, 2009. *Remanded* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 63531-0-I.   Division One.   April 12, 2010.]

ELLEN HIATT WATSON ET AL., *Respondents*, v. SNOHOMISH COUNTY ET AL., *Defendants*, BROCK BAKER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-06059-2, Michael T. Downes, J., entered April 24, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 63807-6-I.   Division One.   April 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL MELVEN BALLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02343-0, James D. Cayce, J., entered July 7, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler and Lau, JJ.